IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VICTOR WALTHOUR** | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 21-2779 |
| | : | |
| **CITY OF PHILADELPHIA, ET AL.** | : | |

## ORDER

This 13th day of August, 2021, it is hereby **ORDERED** that Defendants' Motions to Dismiss (ECF 11, 12, 14) are **GRANTED**. Plaintiff's claims are **DISMISSED** with prejudice. Plaintiff is **FURTHER ORDERED,** within fourteen (14) days, to show cause as to why his complaint against the City of Philadelphia should not be dismissed under Rule 12(b)(6). *See Schneller ex rel Schneller v. Fox Subacute at Clara Burke*, 317 Fed.Appx. 135, 138 (3d Cir. 2008) (observing that while district courts are empowered to dismiss complaints *sua* sponte, plaintiffs "must be given notice and an opportunity to respond").

    /s/ Gerald Austin McHugh
United States District Judge